IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-81 |
| GREGORY HALL MELTON, and JOHN DAVID MELTON, | |
| Defendants. | |

### O R D E R

A jury trial in the above captioned case having been conducted on July 8, 2024, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached was returned to counsel of record on July 11, 2024, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 15th day of July, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA